**614**

Tenth Circuit denied. *Mr. Chas. H. Garnett* for petitioners. *Acting Solicitor General Townsend, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Warren F. Wattles,* and *Warner W. Gardner* for respondent. Reported below: 96 F. 2d 125.

No. 126. Prudential Insurance Co. *v.* Herold. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Frederick J. Shoyer* and *Kendall H. Shoyer* for petitioner. *Mr. G. Coe Farrier* for respondent.

No. 131. City National Bank et al. *v.* Sternberg. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. James B. McDonough* and *William L. Curtis* for petitioners. *Messrs. Harry P. Daily* and *John P. Woods* for respondent.

No. 132. Woolley *v.* United States. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Emmett E. Doherty* for petitioner. *Acting Solicitor General Townsend,* and *Messrs. Hugh A. Fisher, William W. Barron,* and *Warner W. Gardner* for the United States.

No. 134. Mitchell *v.* Illinois. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. John V. Hanney, George E. Billett,* and *Warren C. Lee* for petitioner. No appearance for respondent.